IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CELIENA MCCLELLAND,<br>*Plaintiff,*<br><br>v.<br><br>DECHERT, LLP, *et al*,<br>*Defendants.* | CIVIL ACTION<br><br>No.   21-2702 |

## ORDER

**AND NOW**, this **10th** day of **June 2022**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 24), Plaintiff's Response in Opposition (ECF No. 29), and Defendants' Reply (ECF No. 30), it is hereby **ORDERED** that the Motion for Summary Judgment is **GRANTED** as to all remaining counts. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE