UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-104

No. 22-2235

CELIENA MCCLELLAND,

                  Appellant

v.

DECHERT LLP; ELAINE WRY

(E.D. Pa. No. 2-21-cv-02702)

Present: AMBRO, HARDIMAN and GREENAWAY, JR., Circuit Judges

1. Motion filed by Appellant Celiena McClelland to vacate dismissal and reopen case

                  Respectfully,
                  Clerk/lmr

_____ORDER_____

The foregoing Motion filed by Appellant Celiena McClelland to vacate dismissal and reopen case is **granted.**

                  By the Court,

                  s/THOMAS L. AMBRO
                  Circuit Judge

Dated: August 29, 2022
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk