# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2235

Celiena McClelland v. Dechert LLP, et al

(U.S. District Court No.: 2-21-cv-02702)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: October 26, 2022
LMR/cc: Valerie E. Brown, Esq.
Scott E. Diamond, Esq.
Carolyn P. Short, Esq.
Mr. George V. Wylesol

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate